# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Domaneeq Stewart,<br>　　　Plaintiff(s),<br>v.<br>United States of America,<br>　　　Defendant(s). | Case No. 2:25-cv-01190-GMN-NJK<br>**ORDER** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 6, 2026.

IT IS SO ORDERED.

Dated: December 23, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge