# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DOMANEEQ STEWART,

                Plaintiff,

vs.

UNITED STATES OF AMERICA,

                Defendant.

Case No.: 2:25-cv-01190-GMN-NJK

**ORDER GRANTING JOINT MOTION TO FILE EARLY MOTION FOR SUMMARY JUDGMENT**

Pending before the Court is the Joint Motion for an Early Motion for Summary Judgment, (ECF No. 13). The parties seek permission to file an early motion for summary judgment, explaining that an early ruling on a specific issue would aid in settlement discussions and help this case to be resolved more quickly. (*See generally* Mot. Early Mot. Summ. J., ECF No. 13). They therefore agree that an early motion for summary judgment relating to the "sum certain" of the Federal Tort Claims Act claim should be permitted. (*Id.*). The parties further appear to agree that the filing of this early motion should not preclude them from filing another motion for summary judgment in the regular course of litigation. (*Id.*).

**IT IS HEREBY ORDERED** that the Joint Motion, (ECF No. 13), is **GRANTED.** The Court will consider an early motion for summary judgment on the sum certain issue, and its consideration of that motion will not preclude the parties from filing full motions for summary judgment at a later stage in this case.

**DATED** this __24__ day of June, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Page 1 of 1