# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Domaneeq Stewart,

    Plaintiff(s),

v.

The United States of America,

    Defendant(s).

Case No. 2:25-cv-01190-GMN-NJK

**Order**

[Docket No. 15]

Pending before the Court is a stipulation to stay discovery pending the filing and resolution of an early motion for summary judgment.  Docket No. 15.  The Court previously allowed an extension of case management deadlines based, in part, on this reasoning.  *See* Docket No. 14 at 2.  Consistent with the prior order, the Court will extend case management deadlines by 120 days given the judicial approval of the filing of the early motion for summary judgment.  *See* Docket No. 16.  Accordingly, the parties' stipulation is **GRANTED** in part in that the Court will extend case management deadlines as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  October 22, 2026
- Rebuttal experts:  November 23, 2026
- Discovery cutoff:  December 21, 2026
- Dispositive motions:  January 19, 2027
- Joint proposed pretrial order:  February 17, 2027, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated:  June 29, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1